PEOPLE v DENNIS, No. 153066; Court of Appeals No. 321334.

PEOPLE v BEVERLY, No. 153067; Court of Appeals No. 322419.

PEOPLE v TROMBINO, No. 153077; Court of Appeals No. 321838.

PEOPLE v FLOYD, No. 153078; Court of Appeals No. 328406.

PEOPLE v DEMAL SIMMONS, No. 153096; Court of Appeals No. 320216.

PEOPLE v KANGAS, No. 153098; Court of Appeals No. 323088.

BAKKER v NORTHERN MICHIGAN UNIVERSITY, No. 153100; Court of Appeals No. 323589.

PEOPLE v CIVIS, No. 153101; Court of Appeals No. 329988.

PEOPLE v DEMARCUS REED, No. 153103; Court of Appeals No. 323234.

PEOPLE v KEEFER, No. 153107; Court of Appeals No. 330254.

PEOPLE v COLE, No. 153127; Court of Appeals No. 320016.

PEOPLE v ANDERSON, No. 153137; Court of Appeals No. 323764.

PEOPLE v DARRYL SMITH, No. 153148; Court of Appeals No. 323026.

PEOPLE v TYRONE SANDERS, No. 153151; Court of Appeals No. 330303.

ROTH v ROTH, No. 153187; Court of Appeals No. 329215.

PEOPLE v QURESHI, No. 153248; Court of Appeals No. 323247.

PEOPLE v LORENZO JOHNSON, No. 153258; Court of Appeals No. 323312.

PEOPLE v OZIER, No. 153288; Court of Appeals No. 330360.

PEOPLE v WILDER, No. 153291; Court of Appeals No. 329708.

PEOPLE v HOLDA, No. 153307; Court of Appeals No. 328540.

PEOPLE v GODBOLDO, No. 153323; Court of Appeals No. 323261.

RICHARDSON v KENNEDY, No. 153363; Court of Appeals No. 327771.

*In re* RHEA BRODY LIVING TRUST, No. 153378; Court of Appeals No. 330224.

SOLOMON v SMITH, No. 153403; Court of Appeals No. 327979.

PEOPLE v ALEXANDER, No. 153474; Court of Appeals No. 331430.

*In re* RHEA BRODY LIVING TRUST, No. 153553; Court of Appeals No. 330224.

*Application for Leave to Appeal Dismissed May 24, 2016:*

GRIEVANCE ADMINISTRATOR v WEIHERMULLER, No. 153109. On order of the

Court, the motion for stay is denied. The application for leave to appeal is considered, and it is dismissed, because the petitioner has not been aggrieved by a "final order" entered by the Attorney Discipline Board. MCR 9.122(A)(1); MCR 7.303(B)(2).

*Reconsideration Denied May 24, 2016:*